```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11   DIRECTV INC.,                    No. CIV-S-04-2514 MCE/DAD
12         Plaintiff,
13      v.                            ORDER RE: SETTLEMENT AND
                                      DISPOSITION
14   JOHN W. LICK,
15         Defendant.
     _____/
16
17      Pursuant to the representations of the attorney for
18   plaintiff, the court has determined that this case is settled.
19      In accordance with the provisions of Local Rule 16-160,
20   dispositional documents are to be filed on or before August 5,
21   2005.
22   ///
23   ///
24   ///
25   ///
26   ///
27   //
28   ///
```

1  Failure to comply with this order may be grounds for the
2 imposition of sanctions on any and all counsel as well as any
3 party or parties who cause non-compliance with this order.
4 IT IS SO ORDERED.
5 DATED: July 21, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE